**UNTIED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

KAROLYN HIBLER,

        Plaintiff,

CASE NO. 12-10613

v.

HON. MARIANNE O. BATTANI

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

**ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Karolyn Hibler filed an appeal of the Defendant Commissioner of Social Security's denial of her application for supplemental security income benefits. (Doc. 1). The case was referred to Magistrate Judge Hluchaniuk in accordance with 28 U.S.C. § 636(b)(1). Subsequently, both parties filed a motion for summary judgment. (Docs. 8, 10). After review, the Magistrate Judge issued a Report and Recommendation ("R&R") recommending this Court affirm the decision of the Commissioner to deny benefits because the decision was supported by substantial evidence. (Doc. 11 at 30).

In the R&R, the Magistrate Judge informed the parties that objections to the R&R must be filed within "14 days of service" and a "[f]ailure to file specific objections constitutes a waiver of any further right of appeal." (Id.). Neither party filed objections.

Because no objections were filed in this case, the parties waived their right to *de novo* review and appeal. Accordingly, the Court **ADOPTS** the Magistrate Judge's R&R,

**GRANTS** Defendant's motion for summary judgment, **DENIES** Plaintiff's motion for summary judgment, and **AFFIRMS** the decision of the Commissioner.

 **IT IS SO ORDERED.**

         s/Marianne O. Battani
         MARIANNE O. BATTANI
         UNITED STATES DISTRICT JUDGE


DATE: March 26, 2013

## CERTIFICATE OF SERVICE

 I hereby certify that on the above date a copy of this Order was served upon all parties of record via ordinary U.S. Mail and/or electronically.

         s/Bernadette M. Thebolt
         Case Manager